# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JOHNSON, | |
| Petitioner, | 1:08-CV-00747 SMS HC |
| vs. | NEW CASE NUMBER |
| | CIV-S- _____ |
| STEVE MOORE, Warden, | |
| Respondent. | ORDER OF TRANSFER |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the

1

subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, the Petitioner is challenging a parole denial and he is confined at the Deuel Vocational Institution in Tracy, California, which is in the Sacramento Division of the Eastern District of California.  Therefore, the petition should have been filed in the Sacramento Division. Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Sacramento Division.  All future pleadings shall reference the new case number and be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

Good cause appearing: IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

IT IS SO ORDERED.

**Dated:   June 19, 2008**              **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE